

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2019

No. 04-18-00889-CR & 04-18-00890-CR

Sergio **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10879 & 2015CR0880
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

Appellant's brief was due March 29, 2019, but was not filed. This court notified appellant's counsel, Jerry Valdez Jr., of the deficiency on April 3, 2019. *See* TEX. R. APP. P. 38.8(b)(2). Counsel did not respond to our notice and no brief has been filed.

We therefore **ORDER** Jerry Valdez Jr. to file the appellant's brief in this court **on or before May 20, 2019**. If the brief is not filed on or before the date ordered, we will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal. Moreover, if counsel fails to file appellant's brief or an extension by the date ordered, he may be ordered to appear and show cause why he should not be held in contempt of this court or otherwise sanctioned.

We **order** the clerk of this court to serve this order on Jerry Valdez Jr. by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2019.



KEITH E. HOTTLE,
Clerk of Court